No. 92–6137.  LABOY v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 92–6145.  GRAY v. UNITED STATES; and
No. 92–6170.  CALDWELL v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.  Reported below: 972 F. 2d 1333.

No. 92–6178.  BROWN v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 92–6204.  JAMERSON v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA.  C. A. 9th Cir. Certiorari denied.

No. 92–6209.  MARTINEZ v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 92–6220.  CHAN v. IMMIGRATION AND NATURALIZATION SERVICE ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 92–6244.  ANDERSON v. DEPARTMENT OF THE AIR FORCE. C. A. 5th Cir.  Certiorari denied.

No. 92–6253.  GREEN v. RUNYON, POSTMASTER GENERAL, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 92–6282.  EVANS v. OHIO.  Ct. App. Ohio, Lucas County. Certiorari denied.

No. 92–6289.  JONES v. JUDICIARY BRANCH OF THE UNITED STATES ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 92–6290.  CAPOSEY v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 92–6305.  BARNARD v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 92–6326.  PHILLIPS v. BRENNAN, WARDEN, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 92–6332.  BARON v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.